

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jermaine Damon Davis, Appellant

No. 06-19-00167-CR          v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 27880). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

      As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

      We note that the appellant, Jermaine Damon Davis, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED APRIL 6, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk